### 22662. BROWN v. THE STATE.

BROYLES, C. J. The evidence did not authorize the verdict finding the accused guilty of assault with intent to murder, and the trial court erred in overruling his motion for a new trial.

*Judgment reversed. Hooper, J., concurs. MacIntyre, J., not presiding.*

DECIDED NOVEMBER 17, 1932.

58

*S. W. Doss, W. H. Tilus,* for plaintiff in error.
*G. C. Spurlin, solicitor-general,* contra.